## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RAKESH KUMAR, Ph.D.,** ) | |
| ) | **Civ. No. 1:15-cv-00120-JDB** |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **GEORGE WASHINGTON UNIVERSITY,** ) | |
| ) | |
| **Defendant.** ) | |

### AFFIDAVIT OF SERVICE

I, Paul S. Thaler, am over the age of 18 and not a party to this action. On January 26, 2015, I caused to be served by courier the Summons; Complaint; Civil Cover Sheet; Notice of Consent of Trial; and a Notice of Consent of Civil Action on Michelle Gluck, Esq. Associate General Counsel in the Office of the Senior Vice President and General Counsel at George Washington University, 2100 Pennsylvania Avenue, NW, Suite 250, Washington, D.C. 20052, who agreed to accept service of a true copy of the said papers on behalf of Defendant.

I solemnly affirm, under the penalties of perjury, that the contents of the foregoing Affidavit are true and correct.

Paul S. Thaler #416614
**THALER LIEBELER, LLP**
1825 Eye Street NW, Suite 400
Washington, D.C. 20006
Tel: 202-587-4750
Fax: 202-466-2693
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, January 27, 2015, the forgoing instrument was filed electronically using the Court's CM/ECF filing system.  Notice of this filing has been sent to defendant via U.S. First Class postage pre-paid to the following who has accepted service of the complaint on the defendant's behalf:

**Michelle Gluck, Esq.**
**Associate General Counsel in the Office of the**
**Senior Vice President and General Counsel**
**George Washington University**
**2100 Pennsylvania Avenue, NW, Suite 250**
**Washington, D.C. 20052**

*/s/ Paul S. Thaler*
Paul S. Thaler