IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAKESH KUMAR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:15-cv-00120-JDB |
| GEORGE WASHINGTON UNIVERSITY, | ) ) |
| Defendant. | ) ) |

## DEFENDANT GEORGE WASHINGTON UNIVERSITY'S MOTION TO DISMISS

Defendant George Washington University, by its undersigned counsel, hereby moves pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for dismissal of this action on the basis that Plaintiff has failed to state a claim upon which relief can be granted. The grounds for this motion are set forth in more detail in the Memorandum of Points and Authorities in Support of this Motion and its Exhibits, submitted herewith. A proposed Order is attached.

Respectfully submitted,

/s/ Barbara Van Gelder
Barbara Van Gelder (DC Bar No. 265603)
Christopher J. Allen (DC Bar No. 976426)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-4845
Facsimile: (202) 420-2201
vangelderb@dicksteinshapiro.com
allenc@dicksteinshapiro.com

*Counsel for Defendant George Washington University*

Dated: April 2, 2015

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RAKESH KUMAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15-cv-00120-JDB |
| ) | |
| GEORGE WASHINGTON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

Upon consideration of Defendant George Washington University's Motion to Dismiss, it is hereby

ORDERED that the Defendant's Motion to Dismiss be, and hereby is, granted; and it is further

ORDERED that this action is dismissed with/without prejudice.

_____
JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DSMDB-3328658 v1

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 2d day of April, 2015, a copy of the foregoing Motion to Dismiss was electronically filed via the Court's CM/ECF system.

           /s/_ Christopher J. Allen_____
           Christopher J. Allen (DC Bar No. 976426)
           DICKSTEIN SHAPIRO LLP
           1825 Eye Street, NW
           Washington, DC  20006-5403
           Telephone:  (202) 420-3324
           Facsimile:   (202) 420-2201
           allenc@dicksteinshapiro.com