# Exhibit A
# (Kumar Initial Letter Agreements, October 2008)



THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON DC

EXECUTIVE VICE PRESIDENT FOR ACADEMIC AFFAIRS

October 27, 2008

Rakesh Kumar, PhD
3648 Timberside Circle Drive
Houston, TX 77025

Dear Dr. Kumar:

It is a pleasure to approve the recommendation of the Dean of the School of Medicine and Health Sciences that you be appointed as Professor of Biochemistry and Molecular Biology, with continuous tenure, effective February 1, 2009 That recommendation will be presented to the Board of Trustees at its February meeting and is contingent upon a positive vote of the members.

In addition, the Dean has appointed you as the Catharine Birch and William P. McCormick Chair of the Department of Biochemistry and Molecular Biology. This is an administrative position and in this capacity you serve at the pleasure of the Dean.

Your annualized Medical Center income of $300,000 for the 2008-2009 fiscal year will be comprised of two parts. One part will be compensation for your teaching and other University responsibilities ("base component"), other than sponsored research, in the amount of $237,750 and includes $51,000 for your role as Chair. The remaining component of your salary ("discretionary component") is $62,250. Inclusion or not of the discretionary component of your salary in any future appointments will be based on the evaluation of your performance, especially your ability to attract substantial peer-review research support.

If you are not able to generate sponsored projects and to attract peer-reviewed research support sufficient to sustain the discretionary component of your salary after June 30, 2009, your total compensation may be reduced accordingly.

Your benefits, such as retirement, life insurance and long-term disability, will be calculated on the basis of your total salary figure for any given month.

Please refer to Dr. Jim Scott's letter dated October 21, 2008 for further information regarding your compensation in future years.

Copies of the Faculty Code and Faculty Handbook are enclosed for your review. Your acceptance of this appointment also constitutes your agreement to accept and be bound by the conditions described in these documents. Any future changes and amendments to the Faculty Code or Faculty Handbook will become incorporated by reference in the Faculty Member Agreement upon written notice to you.

Please sign below indicating your agreement to the above terms of your appointment as Professor of Biochemistry and Molecular Biology, and return to the Medical Center Office of Faculty Affairs, Ross Hall, Room 719, no later than November 30, 2008.

Sincerely,

Donald R. Lehman
Executive Vice President for Academic Affairs

Faculty Appointment Accepted: _____ RAKESH komAR Date: November 4th, 2

Administrative Appointment Accepted: _____ Date: November 4th, 2
RAKESH KUMAR



THE GEORGE
WASHINGTON
UNIVERSITY
MEDICAL CENTER
WASHINGTON DC

OFFICE OF THE DEAN

SCHOOL OF MEDICINE AND HEALTH SCIENCES

10/21/2008

Rakesh Kumar, Ph.D.
3648 Timberside Circle Dr.
Houston, TX 77025

Dear Dr. Kumar:

On behalf of The George Washington University Medical Center (GWUMC), it gives me great pleasure to inform you that I will be recommending to the Executive Vice President for Academic Affairs, Dr. Donald Lehman, that you be appointed as Chair of the Department of Biochemistry and Molecular Biology with a faculty appointment as Professor of Biochemistry and Molecular Biology, effective February 1, 2009. In this correspondence I will outline the Medical Center's anticipated support to the Department and to your own research program in conjunction with your appointment as Chair.

**Resources for your own research program**

The GW Medical Center will provide a start-up fund of up to $800,000 for purchase of laboratory equipment and supplies to support your research program. In addition, the Medical Center will provide up to $450,000 for salary and fringes to support senior personnel in your laboratory such as a research assistant professor and lab manager. By supporting these positions, we aim to ensure that you will be able to maintain your own personal high level of research productivity despite shouldering new administrative responsibilities. It is expected that all of these funds will be expended over a period of three years, and that all expenditures will adhere to University and Medical Center policies and procedures.

To further enhance your research program, we will provide three years' salary and fringes for three post-doctoral fellows and two graduate students with stipends equivalent to the standard rate here at GW.

**Resources for enhancing the department**

The GWUMC will provide funds to recruit two full professors and one assistant professor shortly after you arrive at GW. Specifically, we will provide a total of $2.5M to be used for equipment, start-up supplies, and salary support of research personnel for these hires to be expended over a period of three years.

We expect to be able to approve two more new faculty searches by the end of the second year or in the third year of your tenure here. Final approval for these positions will depend on state of progress in the Department in securing and retaining extramural research funding.

As you have discussed with us, after you arrive at GW, you may discover that current faculty have unmet needs for resources that would enhance their research programs. We appreciate that some investments in current faculty may be important for the growth of your departmental research program. The AVP for Health Research and I agree to work with you to address specific needs.

**Departmental Space**

We will provide up to 2,500 SF of space to house your personal research program. This space will be renovated according to your specifications, within the capabilities of our budget. Any renovation expenses resulting from changes that you request beyond your initial specifications will be charged to your start-up fund. Up to 2,500 SF additional space will be found for the two full professors and the assistant professor recruitments.

**Moving expenses**

We will approve up to $75,000 in expenses for relocating your family and laboratory. Up to a total of $100,000 may be expended for relocating the three initial faculty recruits. University policies require that you provide copies of three estimates from moving companies to substantiate your relocation expenditures.

**Compensation & titles**

I will recommend to the Executive Vice President for Academic Affairs and the University President that you be appointed as Professor and Chair of the Department of Biochemistry and Molecular Biology. I will also recommend to the Provost and Vice President for Health Affairs that, in this capacity, you be given the title of the Catharine Birch McCormick Chair. Your total approved salary for both positions will be established at $300,000 for the 2008-2009 fiscal year. This compensation includes an administrative component (17%) and a faculty component (83%). As is customary at GW, 25% of your faculty component is considered "at risk" and must be derived from extramural funding sources. If all extramural funding is lost, the at-risk salary component may be discontinued

You will be eligible for any merit pay increases in accordance with University policies and procedures. I will recommend to the Committee on Appointment, Promotion and Tenure that you be appointed with tenure.

The Departmental Chair position is an administrative one, and as with all senior administrative positions, you will serve in this capacity solely at the pleasure of the Dean. While it is our expectation that you will continue to serve in this capacity, contingent upon your satisfactory performance in that role, should you cease to serve in the role of Chair at any time, the administrative component of your total approved salary will be discontinued.

Please be advised that the University reserves the right to amend its benefit package from time to time. Under our current rules you may qualify for waivers of the University's waiting period for retirement contributions and long-term disability. Appropriate documentation must be provided to our Office of Benefit Services in order to waive these waiting periods. I have requested that John Rose, Director of Benefits Administration, contact you directly regarding these and all other University related benefits.

## Expectations

As Chair of the Department of Biochemistry and Molecular Biology, you will be responsible for departmental leadership, fiduciary oversight of departmental resources, annual budget planning and monitoring expenditures. Our expectation is that you will enhance the profile of the Department in both teaching and research. In your role as a research-intensive Professor, the expectation is that you will continue to maintain your high productivity in research, with the preponderance of your non-administrative effort devoted to externally-funded research.

Our expectation is that you will be a principal force in leading GW's efforts to expand externally-funded, investigator-initiated research both within and beyond the Department of Biochemistry and Molecular Biology. Evidence for success will include an increase in research revenues, increase in faculty salary offsets from externally funded research projects, and increase in number and quality of peer-reviewed publications. We particularly value cross disciplinary research that includes investigators throughout the University and beyond. Efforts to encourage collaborations with faculty from other schools at GW and with faculty from other institutions will be regarded most favorably.

We have read your plan to establish the GW Institute of Co-regulatory Biology (GWICB) and enthusiastically endorse the concept. We will be pleased to work with you to formalize plans for implementation once you have arrived.

A major goal for the Medical Center is increasing philanthropic gifts and endowments. We acknowledge your past accomplishments in obtaining such funding and it is expected that you will work closely with the Associate Vice President for Medical Center Development to garner new philanthropic contributions to the research mission, not just for your department but for the Medical Center as a whole.

I will review your performance at least on an annual basis, based on a performance plan to be mutually agreed upon at the start of each year. All research intensive tenure and

tenure-track faculty are expected to cover the major portion of their salary from extramural funding sources.  The extent to which this objective is met by yourself and the members of your department will be a significant criterion of performance evaluation.

I am available if you would like to discuss any of the items above.  I can be reached via email at msdjls@gwumc.edu or through my office at (202) 994-2977.  We look forward to your active participation and leadership in our institution.

Sincerely,

Jim Scott, M.D.
Dean
Professor of Emergency Medicine

cc:      Dr. John F. Williams
         Dr. Anne Hirshfield
         Office of Faculty Affairs