# Exhibit B
# (Kumar Reappointment Letter Agreements, 2009-2013)



THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON DC

EXECUTIVE VICE PRESIDENT FOR ACADEMIC AFFAIRS

June 24, 2009

Dr. Rakesh Kumar
1600 N. Oak Street
#1810
Arlington, VA 22209

Dear Dr. Kumar:

This is to inform you of your reappointment as Professor of Biochemistry and Molecular Biology for the fiscal year 2009-2010, as described below.

In addition, the Dean has appointed you as the Catharine Birch and William P. McCormick Chair of the Department of Biochemistry and Molecular Biology. This is an administrative position and in this capacity you serve at the pleasure of the Dean.

Your annualized Medical Center income of $304,980 for the 2009-2010 fiscal year will be comprised of two parts. One part will be compensation for your teaching and other University responsibilities ("base component"), other than sponsored research, in the amount of $241,485 and includes $51,000 for your role as Chair. The remaining component of your salary ("discretionary component") is $63,495. Inclusion or not of the discretionary component of your salary in any future appointments will be based on the evaluation of your performance, especially your ability to attract substantial peer-review research support.

If you are not able to generate sponsored projects and to attract peer-reviewed research support sufficient to sustain the discretionary component of your salary after June 30, 2010, your total compensation may be reduced accordingly.

Your benefits, such as retirement, life insurance and long-term disability, will be calculated on the basis of your total salary figure for any given month.

We shall appreciate your indicating your acceptance of the appointment by signing and returning to the Office of Medical Center Faculty Affairs no later than July 31, 2009, the enclosed copy of this letter.

Sincerely,

Donald R. Lehman
Executive Vice President for Academic Affairs

Enclosure

Faculty Position Accepted: _____  Date: 07/01/2009

Administrative Position Accepted: _____  Date: 07/01/2009



THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON DC

EXECUTIVE VICE PRESIDENT FOR ACADEMIC AFFAIRS

December 4, 2009

Dr. Rakesh Kumar
1600 N. Oak Street
Apt. 1810
Arlington, VA 22209

Dear Dr. Kumar:

This letter supersedes our letter dated October 27, 2008 and confirms your appointment to the faculty of The George Washington University School of Medicine and Health Sciences in the status of Professor of Biochemistry and Molecular Biology, effective March 1, 2009.

All other terms and conditions of your appointment are as stated in our aforementioned letter.

Sincerely,

Donald R. Lehman
Executive Vice President for Academic Affairs



THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON DC

EXECUTIVE VICE PRESIDENT FOR ACADEMIC AFFAIRS

June 23, 2010

Dr. Rakesh Kumar
1600 N. Oak Street
#1810
Arlington, VA 22209

Dear Dr. Kumar:

This is to inform you of your reappointment to the rank of Professor of Biochemistry and Molecular Biology, for the fiscal year 2010-2011, as described below.

Your Medical Center salary of $315,139.20 for the 2010-2011 fiscal year will be comprised of two parts for your research, teaching and service. One part will be compensation for your University responsibilities ("base component" for research, teaching and service), in the amount of 236,354.40. The second component of your salary ("discretionary component") is $78,784.80. Inclusion or not of the discretionary component of your salary in any future appointments will be based on the evaluation of your ability to attract substantial peer-reviewed research support.

In addition, you are appointed as the Catharine Birch and William P. McCormick Chair of the Department of Biochemistry and Molecular Biology. This is an administrative position, and in this you serve at the pleasure of the University. The Dean of the School of Medicine and Health Sciences has granted the sum of $51,000, which is included in your annual salary, for your duties as Chair so long as you serve in that capacity.

If you are not able to generate sponsored projects and to attract peer-reviewed research support sufficient to sustain the discretionary component of your salary after June 30, 2011, your total compensation may be reduced accordingly.

Your benefits, such as retirement, life insurance and long-term disability, will be calculated on the basis of your total salary figure for any given month.

We appreciate your indicating acceptance of this appointment by signing and returning the enclosed copy of this letter to the Medical Center's Office of Faculty Affairs no later than July 23, 2010.

Sincerely,

Donald R. Lehman
Executive Vice President for Academic Affairs

Enclosure

Faculty Appointment Accepted: _____ Date 06/29/2010

Administrative Appointment Accepted: _____ Date 06/29/2010



THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON DC

PROVOST AND EXECUTIVE VICE PRESIDENT FOR ACADEMIC AFFAIRS

June 29, 2011

Dr. Rakesh Kumar
1600 N. Oak Street
#1810
Arlington, VA 22209

Dear Dr. Kumar:

This is to inform you of your reappointment to the rank of Professor of Biochemistry and Molecular Biology, for the fiscal year 2011-2012, as described below.

Your Medical Center salary of $325,704.77 for the 2011-2012 fiscal year will be comprised of two parts for your research, teaching and service. One part will be compensation for your University responsibilities ("base component" for research, teaching and service), in the amount of $244,278.58. The second component of your salary ("discretionary component") is $81,426.19. Inclusion or not of the discretionary component of your salary in any future appointments will be based on the evaluation of your ability to attract substantial peer-reviewed research support.

In addition, you are appointed as the Catharine Birch and William P. McCormick Chair of the Department of Biochemistry and Molecular Biology. This is an administrative position, and in this you serve at the pleasure of the University. The Dean of the School of Medicine and Health Sciences has granted the sum of $51,000, which is included in your annual salary, for your duties as Chair so long as you serve in that capacity.

If you are not able to generate sponsored projects and to attract peer-reviewed research support sufficient to sustain the discretionary component of your salary after June 30, 2011, your total compensation may be reduced accordingly.

Your benefits, such as retirement, life insurance and long-term disability, will be calculated on the basis of your total salary figure for any given month.

We appreciate your indicating acceptance of this appointment by signing and returning the enclosed copy of this letter to the Medical Center's Office of Faculty Affairs no later than July 23, 2011.

Sincerely,

Steven R. Lerman
Provost and EVP for Academic Affairs

Enclosure

Faculty Appointment Accepted: _____ Date _July 1, 2011_

Administrative Appointment Accepted: _____ Date _July 1, 2011_

2121 I STREET, NW • RICE HALL, SUITE 813 • WASHINGTON, DC 20052 • 202-994-6510 • FAX 202-994-0709



THE GEORGE WASHINGTON UNIVERSITY
WASHINGTON DC

PROVOST AND EXECUTIVE VICE PRESIDENT FOR ACADEMIC AFFAIRS

July 27, 2012

Dr. Rakesh Kumar
1881 N. Nash Street
Unit 1802
Arlington, VA   22209

Dear Dr. Kumar:

This is to inform you of your reappointment to the rank of Professor of Biochemistry and Molecular Biology, with tenure, for the Fiscal Year beginning July 1, 2012.

Your total salary is comprised of three parts: the base component which is compensation for your university responsibilities (i.e., research, teaching and service), the discretionary component, and the administrative component (for your responsibilities as the Catharine Birch and William P. McCormick Chair of the Department of Biochemistry and Molecular Biology).   In fiscal year July 1, 2012 through June 30, 2013, your total salary is $336,693, comprised of the base component in the amount of $214,270, the discretionary component in the amount of $71,423, and the administrative component in the amount of $51,000.

The discretionary component of your total salary is based on an evaluation of your ability to attract substantial peer-reviewed research funding.   In the event that you are not able to generate sponsored projects and attract peer-reviewed research support sufficient to sustain the discretionary component of your total salary after June 30, 2012, the discretionary component of your total salary may be reduced.

Chair is an administrative role; you serve in this capacity at the pleasure of the University.

Your benefits (e.g., retirement, life insurance, LTD) are calculated based on your total salary for any given month.

Please indicate your acceptance of this appointment by signing both copies of this letter and returning the original copy to the SMHS Office of Faculty Affairs, 2300 EYE ST NW, Ross-719, Washington, DC 20037, as soon as possible.

Thank you for your contributions to our educational, research, and professional programs.

Sincerely,

*[signature]*

Steven R. Lerman
Provost and Executive Vice President for Academic Affairs

Faculty appointment accepted: _____[signature]_____   Date: 09/07/2012
Administrative appointment accepted: _____[signature]_____   Date: 09/07/2012

2121 I STREET, NW • RICE HALL, SUITE 813 • WASHINGTON, DC 20052 • 202-994-6510 • FAX 202-994-0709



**THE GEORGE WASHINGTON UNIVERSITY**
WASHINGTON DC

PROVOST AND EXECUTIVE VICE PRESIDENT FOR ACADEMIC AFFAIRS

July 9, 2013

Dr. Rakesh Kumar
1881 N. Nash Street
Unit 1802
Arlington, VA   22209

Dear Dr. Kumar:

This is to inform you of your reappointment as Professor of Biochemistry and Molecular Medicine, with continuous tenure, for the Fiscal Year beginning July 1, 2013.

Your total salary is comprised of three parts: the base component which is compensation for your university responsibilities (i.e., research, teaching and service), the discretionary component, and the administrative component (for your responsibilities as the Catharine Birch and William P. McCormick Chair of the Department of Biochemistry and Molecular Medicine). In fiscal year July 1, 2013 through June 30, 2014, your total salary is $336,692.96, comprised of the base component in the amount of $214,269.72, the discretionary component in the amount of $71,423.24, and the administrative component in the amount of $51,000.

The discretionary component of your total salary is based on an evaluation of your ability to attract substantial peer-reviewed research funding. In the event that you are not able to generate sponsored projects and attract peer-reviewed research support sufficient to sustain the discretionary component of your total salary, the discretionary component of your total salary may be reduced.

Chair is an administrative role; you serve in this capacity at the pleasure of the University.

Your benefits (e.g., retirement, life insurance, LTD) are calculated based on your total salary for any given month.

Please indicate your acceptance of this appointment by signing both copies of this letter and returning the original copy to the SMHS Office of Faculty Affairs, 2300 EYE ST NW, Ross-730, Washington, DC 20037, as soon as possible.

Thank you for your contributions to our educational, research, and professional programs.

Sincerely,

*[signature]*

Steven R. Lerman
Provost and Executive Vice President for Academic Affairs

Faculty appointment accepted: _[signature]_   Date: July 26, 2013
Administrative appointment accepted: _[signature]_   Date: July 26, 2013

2121 I STREET, NW • RICE HALL, SUITE 813 • WASHINGTON, DC 20052 • 202-994-6510 • FAX 202-994-0709