AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Rakesh Kumar | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:15-cv-00120-JDB |
| George Washington University | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant George Washington University.

Date:  05/19/2015

/s/ Alex E. Hassid
*Attorney's signature*

Alex E. Hassid (DC Bar No. 979023)
*Printed name and bar number*

Dickstein Shapiro
1825 Eye Street, NW
Washington, DC 20006
*Address*

hassida@dicksteinshapiro.com
*E-mail address*

(202) 420-3413
*Telephone number*

(202) 420-2201
*FAX number*