UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RAKESH KUMAR, Ph.D.,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civ. No. 1:15-cv-00120 (JDB) |
| **GEORGE WASHINGTON UNIVERSITY,** | ) ) ) | |
| Defendant. | ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff Dr. Rakesh Kumar and Defendant George Washington University stipulate to the dismissal of this action with prejudice.

Dated: July 29, 2016        Respectfully submitted,

COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C.

  /s/   Paul S. Thaler
Paul S. Thaler (Bar No. 416614)
1828 L Street, NW
Suite 705
Washington, D.C. 20036
(202)466-4110
pthaler@cohenseglias.com
*Attorneys for Plaintiff Dr. Rakesh Kumar*

  /s/   Barbara Van Gelder
Barbara Van Gelder (Bar No. 265603)
Catherine R. Reilly
Cozen O'Connor
1200 19th Street, NW
Washington, DC 20036
(202) 912-4800
bvangelder@cozen.com
creilly@cozen.com
*Attorneys for Defendant George Washington University*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Stipulation of Dismissal With Prejudice was served upon the following this 29th day of July, 2016, via the Court's Electronic Filing System:

>Barbara Van Gelder
Catherine R. Reilly
Cozen O'Connor
1200 19th Street, NW
Washington, DC 20036
bvangelder@cozen.com
creilly@cozen.com

>/s/ Paul S. Thaler
Paul S. Thaler